■ BARBARA BLAZIER et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 90670.) [671 NYS2d 385] —Judgment unanimously affirmed with costs for the reasons stated in decision at Court of Claims, Midey, Jr., J. (Appeal from Judgment of Court of Claims, Midey, Jr., J.—Negligence.) Present—Green, J. P., Wisner, Pigott, Jr., Balio and Fallon, JJ.

■ JOSEPH DiPASQUA, as Administrator of the Estate of DELLON A. DiPASQUA, Deceased, Respondent, v PATRICK J. DONOVAN, as Administrator of the Estate of JOSEPH A. MEROLA, Deceased, et al., Defendants, and CITY OF ROME et al., Appellants. [671 NYS2d 381] —Order unanimously reversed on the law without costs, motion granted and complaint against defendants City of Rome and City of Rome Police Department dismissed (*see, Pekarski v Donovan,* 247 AD2d 857). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Green, J. P., Wisner, Pigott, Jr., Balio and Fallon, JJ.